UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:97-cr-225-J-20C

PHILIP NOEL JOHNSON

## FINAL JUDGMENT OF FORFEITURE

This matter is before the Court upon the Motion and Memorandum of the United States for Issuance of a Final Judgment of Forfeiture of the funds held in the following accounts in Mexico pursuant to 18 U.S.C. § 982(a)(1), for violations of 18 U.S.C. § 1956(a)(2)(B)(i):

- a. Bonos del Ahorro National
  100 Reforma (Branch)
  Account Name - Roger Dale Lawter
  Account Number - 100-015122-4;

- b. Bonos del Ahorro National
  105 M.A. De Queuedo (Branch)
  Account Name - Roger Dale Lawter
  Account Number - 105-004414-4;

- c. Bonos del Ahorro National
  112 SPM Observatorio (Branch)
  Account Name - Philip Richard Lyon
  Account Number - 112-001157-2;

- d. Bonos del Ahorro National
  201 Aguascalientes, A (Branch)
  Account Name - Michael Lee Gray
  Account Number - 201-005535-3;

e.  Bonos del Ahorro National
    231 Puebla Central C
    Account Name - Roger Lawter Dale
    Account Number - 231-005933-4;

f.  Bonos del Ahorro National
    287 Puebla Central C
    Account Name - Roger Dale Lawter
    Account Number - 287-001037-1;

g.  Bonos del Ahorro National
    353 Toluca Urbana 1
    Account Name - Philip Richard Lyon
    Account Number 353-001715-3; and

h.  Bonos del Ahorro National
    432 Pachuca HDO Revolucion
    Account Name - Roger Dale Lawter
    Account Number - 432-000341-3,

hereinafter "funds held in the Mexican accounts."

WHEREAS, on August 26, 1998, the Court entered a Preliminary Order of Forfeiture as to the funds held in the Mexican accounts (Doc. 43); and

WHEREAS, in accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the funds held in the Mexican accounts subject to forfeiture, on the official government website, www.forfeiture.gov, from December 3, 2009 - January 1, 2010. (Doc. 69). The publication gave notice to all third parties with a legal interest in the funds held in the Mexican accounts subject to forfeiture to file, with the Office of the Clerk, United States District Court, Middle District of Florida, 300

N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202-4270, a petition to adjudicate their interest within sixty (60) days of the first date of publication; and

WHEREAS, the United States has no knowledge of any potential third party claimants, no claims have been filed as to the funds held in the Mexican accounts, and the time for filing such claims has expired; and

WHEREAS, on April 27, 2010, a Motion and Memorandum of the United States for Issuance of a Final Judgment of Forfeiture was filed (Doc. 70) wherein it states that it filed its motion for final judgment of forfeiture prior to seizure of the subject accounts in accordance with Mexican legal precedence and will file a motion to amend this final judgment to indicate seizure of the accounts when seizure is effected. Accordingly, after due consideration and the finding of the Court that the United States has established the requisite nexus for forfeiture of the funds held in the Mexican accounts, pursuant to 18 U.S.C. § 982(a)(1), for violations of 18 U.S.C. § 1956(a)(2)(B)(i), it is HEREBY

ORDERED and ADJUDGED that the motion (Doc. 70) is hereby GRANTED, and that the funds held in the Mexican accounts be, and hereby are, forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(1). It is further

ORDERED that once the funds held in the Mexican accounts are repatriated and received from the government of Mexico, that the United States

Marshals Service shall effect seizure of the funds in accordance with the law. It is further

ORDERED that upon the filing of a motion by the United States to amend the final judgment of forfeiture, the Court will enter an amended final judgment of forfeiture to reflect that the funds have been seized and that the funds are forfeited to the United States for disposition in accordance with the law.

DONE and ORDERED in chambers in Jacksonville, Florida this ___ day of _____, 2010.

UNITED STATES DISTRICT JUDGE

Copies to:
Bonnie Glober, Esq.
Thomas Cushman, Esq.
Philip Noel Johnson

4